The People of the State of New York ex rel. Albert E. Facey, Appellant, *v.* John P. Leo et al., Constituting the Board of Appeals of the City of New York, Respondents.

Martha R. French, Intervener, Respondent.

*New York city — certiorari to review act of board of appeals reversing determination of superintendent of buildings, which denied application for permission to erect garage — Zoning Law.*

*People ex rel. Facey v. Leo,* 193 App. Div. 910, affirmed.
(Argued January 13, 1921; decided February 1, 1921.)

Appeal, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered July 27, 1920, which affirmed an order of Special Term dismissing a writ of certiorari. The respondent French, who owned premises on President street in the borough of Brooklyn, made application to

the superintendent of buildings for the extension of an existing stable and its conversion into a brick garage, which application was denied. Her application was based upon a plan to demolish the existing structures and to erect a building to cover the entire premises. She appealed to the board of appeals pursuant to section 718-d of the charter of the city of New York, as amended by chapter 601, Laws of 1917, and that body unanimously reversed the building superintendent and granted her application. Appellant, as the owner of property affected by the proposed structure, obtained a writ of certiorari to review the act of the board. The action of the board of appeals was upheld in the courts below by virtue of this provision in section 20 of the zoning resolution: " * * * Where there are practical difficulties or unnecessary hardships in the way of carrying out the *strict letter* of the provisions of this resolution, the Board of Appeals shall have the power *in a specific case to vary any such provision* in harmony with its general purpose and intent, so that the public health, safety and general welfare may be secured and substantial justice done * * *."

*James Crooke McLeer* and *Harry M. Moorhead* for appellant.

*John P. O'Brien*, Corporation Counsel (*John F. O'Brien, Willard S. Allen* and *William T. Kennedy* of counsel), for board of appeals, respondent.

*Henry F. Cochrane* for Martha R. French, respondent.

Order affirmed, with costs: no opinion.

Concur: HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ. Not voting: HISCOCK, Ch. J.